Date: 07/27/11                                                                                                              Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 10-16288 - TAYLOR, TONI LEANN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **PIKE PASS**<br>PO Box 268803<br>Oklahoma City, OK 73126-8803 | 000003 | 43.19 | 0.60 |
| **Central Oklahoma Anesthesia**<br>PO Box 96-0193<br>Oklahoma City, OK 73196 | 000004 | 66.00 | 0.91 |
| **Orthopedic Institute**<br>PO Box 96-0191<br>Oklahoma City, OK 73196 | 000005 | 317.16 | 4.39 |
| **Mercy Health Center RG-CRP**<br>4300 W Memorial Road<br>Oklahoma City, OK 73120 | 000012 | 100.00 | 1.38 |
| **American InfoSource LP as agent for**<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | 000015 | 200.00 | 2.77 |
| ---------- Remittance Total ---------- | | 726.35 | 10.05 |

_/s/ Susan Manchester_
SUSAN MANCHESTER, Trustee